# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-11095
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 15, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CLAUDIA PATRICIA ATEHORTUA-CASTRO,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:07-CR-387-3

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Claudia Patricia Atehortua-Castro, federal prisoner # 38296-177, appeals the district court's denial of her "Motion Pursuant to Fast Track USSG 5K3.1." The district court correctly concluded that it lacked jurisdiction to entertain Atehortua-Castro's motion. *See United States v. Early*, 27 F.3d 140, 141-42 (5th Cir. 1994). This appeal is therefore from the denial of a

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-11095

"meaningless, unauthorized motion." *Id.* at 142. Accordingly, the district court's order is AFFIRMED.